**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   ALEX JEROME HAYES SR          §
        ERIN NICOLE HAYES             §    Case No.: 09-15920
                                      §
                                      §
                                      §
     Debtor(s)                      §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/30/2009.

2) This case was confirmed on 08/20/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/26/2010.

5) The case was dismissed on 04/01/2010.

6) Number of months from filing to the last payment: 11

7) Number of months case was pending: 14

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   15,010.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 3,465.00 |
| Less amount refunded to debtor | $ | 63.00 |
| **NET RECEIPTS** | $ | 3,402.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 750.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 217.79 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 967.79 |
| Attorney fees paid and disclosed by debtor | $ | 700.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA CASH | UNSECURED | 870.00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA CASH | UNSECURED | 2,030.00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE SO SUBURBAN | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| AFFINITY CASH LOANS | UNSECURED | 2,250.00 | 756.23 | 756.23 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 1,500.00 | 575.01 | 575.01 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,742.00 | 1,742.36 | 1,742.36 | .00 | .00 |
| ASPIRE VISA | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| AVON PRODUCTS | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| BP AMOCO | UNSECURED | 82.00 | NA | NA | .00 | .00 |
| CAVALIER TELEPHONE | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| CHECK & GO | UNSECURED | 1,150.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 450.00 | 982.53 | 982.53 | .00 | .00 |
| CORPORATE AMERICA FA | UNSECURED | 1,195.00 | 1,584.90 | 1,584.90 | .00 | .00 |
| CORTRUST | UNSECURED | 516.00 | NA | NA | .00 | .00 |
| CORTRUST | OTHER | .00 | NA | NA | .00 | .00 |
| DAVID RUSHCHHAMPT MD | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| DERMATOLOGIST ASSOCI | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| DR ROBERT BOSACK | UNSECURED | 1,100.00 | 1,084.43 | 1,084.43 | .00 | .00 |
| DR ROBERT BOSACK | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EVERGREEN HEALTH CAR | UNSECURED | 1,725.00 | NA | NA | .00 | .00 |
| FIRST CASH FINANCIAL | UNSECURED | 1,300.00 | 580.00 | 580.00 | .00 | .00 |
| GATEWAY FINANCIAL | UNSECURED | 8,000.00 | NA | NA | .00 | .00 |
| GENESIS FINANCIAL SE | UNSECURED | 1,900.00 | 2,120.92 | 2,120.92 | .00 | .00 |
| GUARANTY BANK | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| GUARANTY BANK | UNSECURED | 305.00 | NA | NA | .00 | .00 |
| HOMEWOOD HOSSMOOR ME | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| IC SYSTEMS | UNSECURED | 149.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 342.00 | NA | NA | .00 | .00 |
| I C COLLECTION SERVI | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 256.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 221.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 166.00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| INGALL HOSPITAL | UNSECURED | 410.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | OTHER | .00 | NA | NA | .00 | .00 |
| INGALL HOSPITAL | UNSECURED | 2,800.00 | NA | NA | .00 | .00 |
| INGALL HOSPITAL | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| IQ TELECOM INC | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 4,000.00 | 8,526.51 | 8,526.51 | .00 | .00 |
| JERRY J ITKONEN MD S | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| KEY NOTE CONSULTING | UNSECURED | 886.00 | 885.74 | 885.74 | .00 | .00 |
| LEADING MAN CLOTHIER | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| LEADINGMAN CLOTHES | OTHER | .00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| MIDWEST ORTHOPAEDIC | UNSECURED | 260.00 | 256.52 | 256.52 | .00 | .00 |
| MRSI | UNSECURED | 149.00 | NA | NA | .00 | .00 |
| PRIMARY CARE PARTNER | UNSECURED | 1,900.00 | NA | NA | .00 | .00 |
| PRIMARY HEALTHCARE A | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING CO | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| SIR FINANCE | UNSECURED | 1,775.00 | 2,625.00 | 2,625.00 | .00 | .00 |
| SOUTHWEST LAB PHYSIC | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| SUBURBAN ER PHYSICIA | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 475.00 | NA | NA | .00 | .00 |
| ANESTHESIA ASSOCIATE | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 25,113.00 | 25,413.29 | 25,413.29 | .00 | .00 |
| VANRU CREDIT | UNSECURED | 1,205.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 850.00 | NA | NA | .00 | .00 |
| VILLAGE OF ALSIP | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF ALSIP | OTHER | 250.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 730.00 | NA | NA | .00 | .00 |
| WOW CABLE SERVICES | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| WOW INTERNET & CABLE | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONS SALES & LEASE | OTHER | .00 | NA | NA | .00 | .00 |
| AARONS SALES & LEASE | OTHER | .00 | NA | NA | .00 | .00 |
| KEVIN M OLEARY | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,000.00 | 5,731.24 | 5,731.24 | 512.84 | .00 |
| GATEWAY FINANCIAL SE | SECURED | 4,575.00 | 5,502.73 | 5,502.73 | 1,220.30 | 141.90 |
| GATEWAY FINANCIAL SE | UNSECURED | 4,425.00 | NA | NA | .00 | .00 |
| R & R COMPANY MOTORS | SECURED | 2,942.00 | .00 | 2,942.00 | 322.44 | 236.73 |
| TIDEWATER FINANCE CO | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| TIDEWATER FINANCE CO | UNSECURED | 1,125.00 | 2,230.27 | 2,230.27 | .00 | .00 |
| TIDEWATER CREDIT SVC | OTHER | .00 | NA | NA | .00 | .00 |
| TIDEWATER CREDIT SVC | OTHER | .00 | NA | NA | .00 | .00 |
| IC SYSTEM | UNSECURED | NA | 149.00 | 149.00 | .00 | .00 |
| GATEWAY FINANCIAL | SECURED | NA | 10,279.66 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 8,444.73 | 1,542.74 | 378.63 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 8,444.73 | 1,542.74 | 378.63 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 5,731.24 | 512.84 | .00 |
| **TOTAL PRIORITY:** | 5,731.24 | 512.84 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 49,512.71 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 967.79 |
| Disbursements to Creditors | $ | 2,434.21 |
| **TOTAL DISBURSEMENTS:** | $ | 3,402.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/14/2010                              /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**